**E-filed 10/18/06**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-000650 JF

|   |   |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 06-000650 JF |
|                             ) |  |
|       Plaintiff,            ) |  |
|                             ) | [PROPOSED] ORDER CONTINUING |
|       v.                    ) | CHANGE OF PLEA HEARING |
|                             ) |  |
| ERNESTO LUERA,              ) |  |
|                             ) |  |
|       Defendant.            ) |  |
| _____) |  |

Assistant United States Attorney Susan Knight and defendant Ernesto Luera, through his counsel, Assistant Federal Public Defender Jay Rorty, respectfully request that the change of plea hearing currently scheduled for October 11, 2006 be continued to October 18, 2006. The parties need additional time in order to finalize the details of the agreement.

//
//
//
//

SO STIPULATED.                         KEVIN V. RYAN
                                       United States Attorne

DATED:_____                   _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney


DATED:_____                   _____/s/_____
                                       JAY RORTY
                                       Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that the change of plea hearing be continued from October 11, 2006 to October 18, 2006 at 9:00 a.m.

IT IS SO ORDERED.

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-000650 JF                          2

1  10/18/06
   Dated

   JEREMY FOGEL
   United States District Judge

[PROPOSED] ORDER TO CONTINUE HEARING
CR 06-000650 JF                              3